UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MICHAEL SCOT FLECK, | : | CASE NO. 21-54965-LRC |
| | : | |
| Debtor. | : | |
| _____ | : | _____ |
| | : | |
| S. GREGORY HAYS, Chapter 7 Trustee | : | |
| for the Estate of Michael Scot Fleck, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | ADV. PRO. NO. 21-05150-LRC |
| | : | |
| JPMORGAN CHASE BANK, N.A. and | : | |
| FIGURE LENDING LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Michael J. Bargar, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service was made on December 20, 2021 of the *Summons* [Doc. No. 4] issued on December 20, 2021, and a copy of the *Complaint* [Doc. Nos. 1, 2, and 3] filed on December 17, 2021, by first class mail and or certified mail as indicated, postage fully pre-paid, and addressed to:

*Via First Class Mail and Certified Mail:*

James Dimon, CEO
JP Morgan Chase Bank, N.A.
270 Park Avenue
New York, New York  10017

*Via First Class Mail and Certified Mail*

James Dimon, CEO
JP Morgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, OH 43240

17533237v1

*Via First Class Mail and Certified Mail*

JP Morgan Chase Bank, N.A.
c/o C T Corporation System
289 S. Culver Street
Lawrenceville, GA 30046-4805

*Via First Class Mail and Certified Mail*

Mike Cagney, CEO
Figure Lending, LLC
650 California Street, Suite 2700
San Francisco, CA 94108

*Via First Class Mail and Certified Mail*

Figure Lending, LLC
c/o Corporation Service Company, Its
Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

**Under penalty of perjury, I declare that the foregoing is true and correct.**

This 20th day of December, 2021.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    GA. Bar No. 645709
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8500
michael.bargar@agg.com

17533237v1