UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MICHAEL SCOT FLECK, | : | CASE NO. 21-54965-LRC |
| | : | |
| Debtor. | : | |
| _____ | : | _____ |
| | : | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Michael Scot Fleck, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | ADV. PRO. NO. 21-05150-LRC |
| | : | |
| JPMORGAN CHASE BANK, N.A. and FIGURE LENDING LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ACKNOWLEDGEMENT OF SERVICE AND
STIPULATION EXTENDING TIME**

JPMorgan Chase Bank, N.A. ("**Chase**"), a defendant herein, hereby acknowledges service of the *Summons* [Doc. No. 4] (the "**Summons**") and the *Complaint* [Doc. Nos. 1-3] (the "**Complaint**") in the above styled action and waives any further or additional service of the Summons or Complaint – reserving, and without prejudice to, any defenses or arguments other than sufficiency of service of process and sufficiency of process.

In addition, Chase and S. Gregory Hays, as Chapter 7 Trustee and plaintiff herein ("**Trustee**"), stipulate, under Local Rule 9006-1, that the time within which Chase may answer or otherwise plead is extended through and including February 18, 2022. This is the first such

17677476v1

extension of time agreed to by Trustee and Chase, and the original deadline to respond was January 19, 2022.

      This 24th day of January, 2022.

                                    ARNALL GOLDEN GREGORY LLP
                                    *Attorneys for Trustee*

                                    By: */s/ Michael J. Bargar*
                                        Michael J. Bargar
                                        Georgia Bar No. 645709

171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-8500
Email: michael.bargar@agg.com

                                    MCCALLA RAYMER LEIBERT PIERCE, LLC
                                    *Attorneys for Chase*

                                    By: */s/ William O. Tate*
                                    [With Express Permission to Michael J. Bargar]
                                    William O. Tate
                                    Georgia Bar No. 311044
                                    *william.tate@mccalla.com*

1544 Old Alabama Road
Roswell, GA  30076
Phone: (678) 281-6473

17677476v1

## CERTIFICATE OF SERVICE

      This is to certify that I, Michael J. Bargar, have this day served a true and correct copy of the foregoing *Acknowledgement of Service and Stipulation Extending Time* by electronic mail or first class United States mail, with adequate postage included, as indicated, on all those persons or entities set forth below at the addresses stated:

**Electronic Mail**
William O. Tate
william.tate@mccalla.com

      This 24th day of January, 2022.

                                                    */s/ Michael J. Bargar*
                                                    Michael J. Bargar
                                                    Georgia Bar No. 645709

17677476v1