

**IT IS ORDERED as set forth below:**


**Date: February 28, 2022**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| MICHAEL SCOT FLECK, | Case No. 21-54965-LRC |
| Debtor. | |

| | |
|---|---|
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Michael Scot Fleck, | |
| Plaintiff, | Adv. Pro. No. 21-05150-LRC |
| v. | |
| JPMORGAN CHASE BANK, N.A. and FIGURE LENDING LLC, | |
| Defendants. | |

### CONSENT ORDER

On February 25, 2022, Figure Lending, LLC ("**Figure Lending**"), a defendant herein,

filed _Defendant Figure Lending LLC's Motion for Entry of Consent Order Setting Aside Default_

[Doc. No. 13] (the "**Motion to Set Aside**"), along with supporting documents.

S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of Michael Scot Fleck and plaintiff herein ("**Trustee**"), has reviewed the Motion to Set Aside and the supporting documents, and, although Trustee disputes that Figure Lending has meritorious defenses to the relief that Trustee has requested in this Adversary Proceeding, he is agreeable to setting aside Figure Lending's default.

The Court having reviewed the Motion to Set Aside and Supporting Memorandum; Trustee having consented to setting aside Figure Lending's default; and for good cause shown

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Clerk's Entry of Default entered on January 25, 2022, is hereby set aside and vacated.

3. Figure may file its response to the Complaint, as amended, on or before March 7, 2022.

**[END OF DOCUMENT]**

**Prepared, Consented to and Presented by:**

TAYLOR ENGLISH DUMA LLP

*/s/ John K. Rezac*
John K. Rezac
Georgia Bar No. 601935
Email:  jrezac@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, Georgia  30339
Telephone:  770-434-6868
Facsimile:  770-434-7376

**Consented to by:**

ARNALL GOLDEN GREGORY, LLP

*/s/ Michael J. Bargar*
Michael J. Bargar
Email:  michael.bargar@agg.com
171 17th Street, N.W., Suite 2100
Atlanta, Georgia  30363
Telephone:  404-873-7030
Facsimile : 404-873-7031

***Counsel for Plaintiff S. Gregory Hays,
Chapter 7 Trustee for the Estate of Michael
Scot Fleck***

2

02261377-1

Joseph M. Katz
WEINER BRODSKY KIDER PC
*(Application for Admission Pro Hac Vide
    Pending)*
Email:  katz@thewbkfirm.com
1300 19th Street, N.W., Suite 500
Washington, DC 20036
Telephone:  202-628-2000

**Counsel for Defendant Figure Lending,
LLC**

**<u>Distribution List</u>**

Michael J. Bargar
ARNALL GOLDEN GREGORY, LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia  30363

John K. Rezac
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia  30339

Joseph M. Katz
WEINER BRODSKY KIDER PC
1300 19th Street, N.W., Suite 500
Washington, DC 20036

Tania R. Tuttle
McLain & Merritt PC
11625 Rainwater Drive, Ste 125
Alpharetta, GA 30009

02261377-1