**IT IS ORDERED as set forth below:**

Date: February 28, 2022



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBERS |
|---|---|---|
| MICHAEL SCOT FLECK, | : | 21-54965-LRC |
| _____ | : | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Michael Scot Fleck, | : | ADVERSARY PROCEEDING NO. 21-05150-LRC |
| Plaintiff, | : | |
| v. | : | |
| JPMORGAN CHASE BANK, N.A., FIGURE LENDING, LLC, | : | IN PROCEEDINGS UNDER CHAPTER 7 OF THE |
| Defendants. | : | BANKRUPTCY CODE |

## **ORDER**

The Court having read the Application of <u>Joseph M. Katz</u> ("Applicant") for admission to practice *pro hac vice* on behalf of Figure Lending, LLC in the above-styled

proceeding, and it appearing that Applicant meets the requirements of bankruptcy Local Rule 9010-2, it is

**ORDERED** that the Application is **GRANTED**.

**END OF DOCUMENT**

**Distribution List**

Joseph M. Katz
Weiner Brodsky Kider Pc
1300 19th Street, N.W., Suite 500
Washington, DC 20036

Tania R. Tuttle
McLain & Merritt PC
11625 Rainwater Drive, Ste 125
Alpharetta, GA 30009

Michael J. Bargar
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363

John K. Rezac
Taylor English Duma LLP
1600 Parkwood Circle
Ste. 200
Atlanta, GA 30339