# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| MICHAEL SCOT FLECK, | Case No. 21-54965-LRC |
| Debtor. | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Michael Scot Fleck, | |
| Plaintiff, | Adv. Pro. No. 21-05150-LRC |
| v. | |
| JPMORGAN CHASE BANK, N.A. and FIGURE LENDING LLC, | |
| Defendants. | |

## DEFENDANT FIGURE LENDING LLC'S
## ANSWER TO THE AMENDED COMPLAINT

Defendant Figure Lending, LLC ("Figure"), by and through its undersigned counsel, hereby answers Plaintiff's, S. Gregory Hays, Chapter 7 Trustee for the Estate of Michael Scot Fleck ("Trustee" or "Plaintiff"), Amended Complaint (Dkt. #11), and states that any allegation not specifically responded to in this Answer is denied, including allegations or statements in unnumbered headings and subheadings in the Amended Complaint.

02266081-1

Each paragraph below corresponds to the paragraph numbered in the Amended Complaint.

## RESPONSES TO ALLEGATIONS IN AMENDED COMPLAINT

1. Admitted.

2. Admitted.

3. Admitted.

4. Figure admits that venue is proper.

5. Figure does not consent to the entry of any final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

6. Figure admits that jurisdiction is proper.

### Statement of Facts

#### A. *General Background*

7. Admitted.

8. Admitted.

9. Figure lacks sufficient information to admit or deny the allegations of paragraph 9. To the extent a response is required, denied.

02266081-1

          B.    *Debtor's Purchase of the Property*

10. Figure lacks sufficient information to admit or deny the allegations of paragraph 10. To the extent a response is require, denied.

11. Figure lacks sufficient information to admit or deny the allegations of paragraph 11. To the extent a response is required, denied.

12. Figure lacks sufficient information to admit or deny the allegations of paragraph 12. To the extent a response is required, denied.

13. Figure lacks sufficient information to admit or deny the allegations of paragraph 13. To the extent a response is required, denied.

          C.    *The Subject Security Deeds*

1. The First Security Deed

14. Figure lacks sufficient information to admit or deny the allegations of paragraph 14. To the extent a response is required, denied.

15. Figure lacks sufficient information to admit or deny the allegations of paragraph 15. To the extent a response is required, denied.

16. Figure lacks sufficient information to admit or deny the allegations of paragraph 16. To the extent a response is required, denied.

17. Figure lacks sufficient information to admit or deny the allegations of paragraph 17. To the extent a response is required, denied.

3

02266081-1

18. Figure lacks sufficient information to admit or deny the allegations of paragraph 18. To the extent a response is required, denied.

19. Figure lacks sufficient information to admit or deny the allegations of paragraph 19. To the extent a response is required, denied.

20. Figure lacks sufficient information to admit or deny the allegations of paragraph 20. To the extent a response is required, denied.

21. Figure lacks sufficient information to admit or deny the allegations of paragraph 21. To the extent a response is required, denied.

22. Figure lacks sufficient information to admit or deny the allegations of paragraph 22. To the extent a response is required, denied.

23. Figure lacks sufficient information to admit or deny the allegations of paragraph 23. To the extent a response is required, denied.

24. Figure lacks sufficient information to admit or deny the allegations of paragraph 24. To the extent a response is required, denied.

25. Figure lacks sufficient information to admit or deny the allegations of paragraph 25. To the extent a response is required, denied.

26. Figure lacks sufficient information to admit or deny the allegations of paragraph 26. To the extent a response is required, denied.

02266081-1

27. Figure lacks sufficient information to admit or deny the allegations of paragraph 27. To the extent a response is required, denied.

28. Figure lacks sufficient information to admit or deny the allegations of paragraph 28. To the extent a response is required, denied.

29. Figure lacks sufficient information to admit or deny the allegations of paragraph 29. To the extent a response is required, denied.

30. Figure lacks sufficient information to admit or deny the allegations of paragraph 30. To the extent a response is required, denied.

31. Figure lacks sufficient information to admit or deny the allegations of paragraph 31. To the extent a response is required, denied.

2. The Second Security Deed

32. Admitted.

33. Admitted.

34. Admitted.

35. Denied.

36. Figure admits that the Figure Security Deed contains a certification by Michael Cook, who was a State of Nevada notary public. The remainder of the allegations contained in paragraph 36 are denied.

37. Admitted.

5

38. Figure lacks sufficient information to admit or deny the allegations of paragraph 38. To the extent a response is required, denied.

39. Figure lacks sufficient information to admit or deny the allegations of paragraph 39. To the extent a response is required, denied.

40. Figure lacks sufficient information to admit or deny the allegations of paragraph 40. To the extent a response is required, denied.

41. Figure denies that an affidavit is required to be filed in the Real Estate Records. The remaining allegations contained in paragraph 41 are denied.

42. Denied.

43. Denied.

D. Debtor's Pre-Petition Sale of the Property

44. Admitted.

45. Denied.

46. Figure lacks sufficient information to admit or deny the allegations of paragraph 46. To the extent a response is required, denied.

47. Figure denies the allegations of paragraph 47 as stated. Figure admits that Debtor sold the property on May 5, 2021, and that Figure's

        security interest in the Property was satisfied by the purchaser of the Property.

48. Figure lacks sufficient information to admit or deny the allegations of paragraph 48. To the extent a response is required, denied.

49. Figure lacks sufficient information to admit or deny the allegations of paragraph 49. To the extent a response is required, denied.

50. Figure lacks sufficient information to admit or deny the allegations of paragraph 50. To the extent a response is required, denied.

51. Figure lacks sufficient information to admit or deny the allegations of paragraph 51.

52. Figure lacks sufficient information to admit or deny the allegations of paragraph 52. To the extent a response is required, denied.

53. Figure lacks sufficient information to admit or deny the allegations of paragraph 53. To the extent a response is required, denied.

## COUNT 1

**Claim to Avoid the First Transfer Under 11 U.S.C. § 547**

54. Figure realleges and incorporates by reference the foregoing responses to paragraphs 1 through 53 of the Amended Complaint.

55. Denied.

7

56. Denied.

57. Figure lacks sufficient information to admit or deny the allegations of paragraph 57. To the extent a response is required, denied.

58. Figure lacks sufficient information to admit or deny the allegations of paragraph 58. To the extent a response is required, denied.

59. Figure lacks sufficient information to admit or deny the allegations of paragraph 59. To the extent a response is required, denied.

60. Figure lacks sufficient information to admit or deny the allegations of paragraph 60. To the extent a response is required, denied.

61. Figure lacks sufficient information to admit or deny the allegations of paragraph 61. To the extent a response is required, denied.

62. Figure lacks sufficient information to admit or deny the allegations of paragraph 62. To the extent a response is required, denied.

63. Figure lacks sufficient information to admit or deny the allegations of paragraph 63. To the extent a response is required, denied.

## COUNT II

### Claim for Preservation of Avoided First Transfer
### Under 11 U.S.C. § 551

64. Figure realleges and incorporates by reference the foregoing responses to paragraphs 1 through 63 of the Amended Complaint.

8

65. Figure lacks sufficient information to admit or deny the allegations of paragraph 65. To the extent a response is required, denied.

## COUNT III

## Claim to Avoid the Second Transfer
## Under 11 U.S.C. § 547

66. Figure realleges and incorporations by reference the foregoing responses to paragraphs 1 through 53 of the Amended Complaint.

67. Denied.

68. Denied.

69. Denied.

70. Admitted.

71. Denied.

72. Figure lacks sufficient information to admit or deny the allegations of paragraph 62. To the extent a response is required, denied.

73. Denied.

74. Denied.

75. Denied.

02266081-1

## COUNT IV

### Claim for Preservation of Avoided Second Transfer
### Under 11 U.S.C. § 511

76. Figure realleges and incorporates by reference the foregoing responses to paragraphs 1 through 53 and paragraphs 66 through 75 of the Amended Complaint.

77. Denied.

## COUNT V

### Claim to Avoid the Chase Payment
### Under 11 U.S.C. § 551

78. Figure realleges and incorporates by reference the foregoing responses to paragraphs 1 through 65 of the Amended Complaint.

79. Figure lacks sufficient information to admit or deny the allegations of paragraph 79. To the extent a response is required, denied.

80. Figure lacks sufficient information to admit or deny the allegations of paragraph 80. To the extent a response is required, denied.

81. Figure lacks sufficient information to admit or deny the allegations of paragraph 81. To the extent a response is required, denied.

82. Figure lacks sufficient information to admit or deny the allegations of paragraph 82. To the extent a response is required, denied.

83. Figure lacks sufficient information to admit or deny the allegations of paragraph 83. To the extent a response is required, denied.

84. Figure lacks sufficient information to admit or deny the allegations of paragraph 84. To the extent a response is required, denied.

85. Figure lacks sufficient information to admit or deny the allegations of paragraph 85. To the extent a response is required, denied.

## COUNT VI

### Claim for Recovery from Chase
### Under 11 U.S.C. § 550(a)

86. Figure realleges and incorporates by reference the foregoing responses to paragraphs 1 through 65 and paragraphs 78 through 85 of the Amended Complaint.

87. Figure lacks sufficient information to admit or deny the allegations of paragraph 87. To the extent a response is required, denied.

88. Denied.

11

## COUNT VII

### Claim for Preservation of Avoided Chase Payment
### Under 11 U.S.C. § 551

89. Figure realleges and incorporates by reference the foregoing responses to paragraphs 1 through 65 and paragraphs 78 through 88 of the Amended Complaint.

90. Figure lacks sufficient information to admit or deny the allegations of paragraph 90. To the extent a response is required, denied.

## COUNT VIII

### Claim to Avoid the Figure Payment
### Under 11 U.S.C. § 547

91. Figure realleges and incorporates by reference the foregoing responses to paragraphs 1 through 53 and paragraphs 66 through 77 of the Amended Complaint.

92. Denied.

93. Denied.

94. Denied.

95. Figure lacks sufficient information to admit or deny the allegations of paragraph 95. To the extent a response is required, denied.

96. Admitted.

02266081-1

97. Denied.

98. Denied.

## COUNT IX

### Claim for Recovery from Figure Lending Under 11 U.S.C. § 550(a)

99. Figure realleges and incorporates by reference the foregoing responses to paragraphs 1 through 53, paragraphs 66 through 77, and paragraphs 91 through 98 of the Amended Complaint.

100. Denied.

101. Denied.

## COUNT X

### Claim for Preservation of Avoided Figure Payment Under 11 U.S.C. § 551

102. Figure realleges and incorporated by reference the foregoing responses to paragraphs 1 through 53, paragraphs 66 through 77, and paragraphs 91 through 101 of the Amended Complaint.

103. Denied.

### Reservation of Rights

104. Paragraph 104 does not include any allegation. To the extent a response to paragraph 104 is required, denied.

02266081-1

105. Figure denies that the Trustee is entitled to the relief sought in the "WHEREFORE" paragraph of the Amended Complaint, including subparts.

106. Figure denies any and all allegations in the Amended Complaint not specifically admitted herein.

## **AFFIRMATIVE DEFENSES**

### First Affirmative Defense

The Amended Complaint fails to state a claim or cause of action upon which relief may be granted against Figure.

### Second Affirmative Defense

The transfer Plaintiff seeks to avoid falls within the exception of 11 U.S.C. § 547(c)(1).

### Third Affirmative Defense

The transfer Plaintiff seeks to avoid falls within the exception of 11 U.S.C. § 547(c)(4).

### Fourth Affirmative Defense

The Trustee cannot recover from Figure to the extent that Figure is a transferee for value, in good faith and without knowledge of the voidability of any transfer, as provided by 11 U.S.C. § 550(b)(1).

### Fifth Affirmative Defense

In the alternative, the transfer which Trustee seeks to avoid was not a ransfer by the Debtor, but rather, a required transfer by the purchaser of the Property so as to convey marketable title to purchaser and, potentially, so as to allow purchaser's lender to obtain a first priority security interest.

### Sixth Affirmative Defense

Figure reserves the right to allege further affirmative defenses as they may become known.

Dated: March 7, 2022

Respectfully submitted,

TAYLOR ENGLISH DUMA LLP

*/s/ John K. Rezac*
John K. Rezac
Georgia Bar No. 601935
Email: jrezac@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, Georgia  30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376

15

02266081-1

Joseph M. Katz
WEINER BRODSKY KIDER PC
*Admitted Pro Hac Vice*
Email: katz@thewbkfirm.com
1300 19th Street, N.W., Suite 500
Washington, DC  20036
Telephone: (202) 628-2000

***Counsel for Defendant
Figure Lending, LLC***

16

02266081-1

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, a copy of the foregoing *DEFENDANT FIGURE LENDING LLC'S ANSWER TO THE AMENDED COMPLAINT* was filed electronically *via* the CM/ECF system, which will provide service to all parties of record.

          TAYLOR ENGLISH DUMA LLP

          */s/ John K. Rezac*
          John K. Rezac
          Georgia Bar No. 601935
          Email: jrezac@taylorenglish.com
          1600 Parkwood Circle, Suite 200
          Atlanta, Georgia  30339
          Telephone: (770) 434-6868
          Facsimile: (770) 434-7376

02266081-1